**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**
**V** **Docket No.: 04-00087-02T**
**HECTOR SANTANA**

**A DOWNWARD DEPARTURE EFFORT**

Notwithstanding the advice of my attorney that we could establish the innocence of the U.S. currency, after consultation with my aunt Angela Baez, I have decided to withdraw my claim to the $ 23,460, which was seized from me on August 15, 2004.

Hector Santana