**DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **CR No.: 04-00087-02T**

**HECTOR SANTANA**

# MOTION TO VACATE

Now comes the defendant in the above entitled cause and moves to vacate the sentencing date of July 21, 2005.

Respectfully Submitted
By his Attorney
Hector Santana,

John F. Cicilline, Esquire(#0433)
381 Atwells Avenue
Providence, RI 02909
401-273-5600
401-454-5600

## CERTIFICATION

I, the undersigned, hereby certify that I caused a true copy of the within to be delivered this 18 day of July, 2005, to Stephen Dambruch, to the United States Attorneys Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, RI 02903.

Gina Rosario

**DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMRICA**

**VS.** **CR No.:04-00087-02T**

**HECTOR SANTANA**

# MEMORANDUM

Counsel for the defendant has been attempting to schedule a proffer meeting to entitle the defendant to the safety valve.[5 C 1.2 (a) (5) ] The vacation schedules of the arresting officers have made it impossible for such a meeting to take place.

Counsel and the defendant therefore request that his sentencing be continued until such time as a meeting can take place.

Respectfully Submitted,
By his Attorney
Hector Santana,

John F. Cicilline, Esquire
381 Atwells Avenue
Providence, RI 02909
401-273-5600
401-454-5600

**CERTIFICATION**

I, the undersigned, hereby certify that I caused a true copy of the within to be delivered this 18 day of July, 2005, to Stephen Dambruch, to the United States Attorneys Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, RI 02903.

Gina Rosario