**DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **CR No.: 04-00087-02T**

**HECTOR SANTANA**

**MOTION TO VACATE**

Now comes the defendant in the above entitled cause and moves to vacate the sentencing date of July 21, 2005.

Respectfully Submitted
By his Attorney
Hector Santana,

**DENIED**
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
7/19/05

John F. Cicilline, Esquire(#0433)
381 Atwells Avenue
Providence, RI 02909
401-273-5600
401-454-5600

**CERTIFICATION**

I, the undersigned, hereby certify that I caused a true copy of the within to be delivered this 18 day of July, 2005, to Stephen Dambruch, to the United States Attorneys Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, RI 02903.

Gina Rosario