**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** CR04-87-02T **DATE**: July 21, 2005
**TITLE OF CASE:** USA v. Hector Santana

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Leyva**
**COURT REPORTER:** **Joseph Fontes**

---

**COUNSEL PRESENT**

Government: Mary Rogers , AUSA

Defendant: John F. Cicilline, Esq.

Probation: Dennis Jenkins

---

**PROCEEDINGS:** **Sentencing**

July 21, 2005: All counsel of record present. Defendant is present. Probation is present. Court Addresses. No factual objection to Presentence Investigation Report. Defense objects to calculation of criminal offense level and requests a downward departure. Counsel addresses/argues Motion to Vacate. Court addresses. Defense calls one witness. Court decides further time needed for Government to cross-examine handwriting expert and for Court to render a decision on Safety Valve. Court continues sentencing to Wednesday, August 17, 2005 at 11:00 a.m.

Adjourned