AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

USA v. Hector Santana

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR 04-87-02T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ernest C. Torres | Mary Rogers | John F. Cicilline |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| July 21, 2005 | Joseph Fontes | [illegible] |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | A | 7/21/05 | X | | Written Report - Handwriting Expert Marc J. Seifer, Ph.D. |
| | B | 7/21/05 | | X | Witness Statement of Jose Cabreja. |
| [illegible] | | 7/21/05 | | | W-1 Detective Todd Neill - Rhode Island State Police |
| | C | 7/21/05 | X | X | Copy of Check date 6/4/03 - To Hector Santana $20,183.81 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.