**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** **CR04-87-02T** **DATE**: August 18, 2005
**TITLE OF CASE:** USA v. Hector Santana

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Cristina Leyva**
**COURT REPORTER:** **Joseph Fontes**
**COURT INTERPRETER:** **N/A**
**PROBATION:** **Dennis Jenkins**

---

**COUNSEL PRESENT**

Government: Stephen Dambruch, AUSA

Defendant: John F. Cicilline, Esq.

---

**PROCEEDINGS:** **Continued Sentencing**

August 18, 2005

All counsel of record present. Defendant present. Probation present. Court addresses. Government responds regarding cross examination of handwriting expert. Government does not object to entry of written report. One exhibit prev. marked for ID entered full. Government rests. Defense rests. Court addresses safety valve application as to defendant. Court reviews undisputed facts in the case and testimony heard during the suppression hearing. Court finds that Probation has correctly calculated the net offense level and criminal history category. Defendant chooses not to allocute. Counsel argues sentencing recommendations given the Court's determinations. Court sentences defendant to 128 months incarceration with 5 years supervised release on each count, concurrent. Special conditions include: Participate in a program of substance abuse counseling and treatment, either inpatient or outpatient, as directed by U.S. Probation; drug testing, up to 72 times per year, as determined by U.S. Probation; surrender to INS for possible deportation and if deported, remain outside of the U.S. for the period of supervised release. Fine is waived as the Court finds defendant has no ability to pay. Special Assessment of $100.00