**DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA** **CR NO: 04-087-02T**

**V.**

**HECTOR SANTANA**

**NOTICE OF APPEAL**

Notice is hereby given of the defendants appeal from the defendants appeal from the judgment of conviction entitled as an order of the Court on the 18th day of August 2005.

Respectfully submitted,
Hector Santana
By his attorney

John F. Cicilline, Esq. (# 0433)
387 Atwells Avenue
Providence, RI 02909
(401) 273-5600
FAX 454-5600

**CERTIFICATION**

I, the undersigned, hereby certify that I caused a true copy of the within to be delivered this 18 day of August, 2005, to Stephen G. Dambruch, Asst. U.S. Attorney Office 50 Kennedy Plaza, 8th Floor, Providence, RI 02903

Gina Rosario