UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

May 10, 2006

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2500
Boston, MA 02210

RE: ***USA v. HECTOR SANTANA***
***USDC CR04-87T*** ***COA 05-2290***

Dear Clerk:

Enclosed herewith you will find a supplemental on appeal in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: ____________________
Lucia Cristina Leyva
DEPUTY CLERK

encl.: Payment of Appeal Fee Receipt - Number 63134;
Certified Copy of Docket