04-00087
USDC-PR
J. Torres

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-2290

2006 JUL 13 A 10: 23
FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

UNITED STATES,

Appellee,

v.

HECTOR SANTANA,

Defendant, Appellant.

Before

Boudin, Chief Judge,
Torruella and Howard, Circuit Judges.

JUDGMENT

Entered: June 20, 2006

Defendant-appellant Hector Santana pled guilty to drug charges pursuant to a plea agreement with federal prosecutors. At sentencing, he was denied the benefit of the 'safety-valve' reduction under 18 U.S.C. § 3553(f) and U.S.S.G. § 5C1.2 because the district court deemed his disclosure of his knowledge about the criminal scheme to be inadequate. Santana appeals, contending that this decision was error.

While the plea agreement contained a waiver of appellate rights, we need not decide whether the waiver is enforceable in the circumstances presented here because, even if it is not, we find no merit in defendant's argument and affirm.

Santana argues that the district court's conclusion on the adequacy of his safety-valve proffer lacked factual support and was speculative. The district court stated the reasons for its conclusions in detail in open court, with close and specific attention to the evidence before it. We do not see anything in the

district court's reasoning such as would compel a finding of clear error. See United States v. Bolanos, 409 F.3d 1045, 1047, 1048 (8th Cir. 2005) (applying clear-error standard to review determination that safety-valve proffer was inadequate).

The judgment is affirmed.

By the Court:

Richard Cushing Donovan, Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 7/13/06

By: MARGARET CARTER
Chief Deputy Clerk.

[cc: John F. Cicilline, Esq., Stephen G. Dambruch, AUSA, Donald Lockhart, AUSA ]